

ORIGINAL

FILED

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0335

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 18-0335

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DAVID MICHAEL YOUMANS,

    Defendant and Appellant.

O R D E R

Appellant David Michael Youmans was granted an extension of time to file and serve his opening brief on or before July 2, 2020. This Court ordered that no further extensions would be granted. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than July 30, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this _10_ day of July, 2020.

For the Court,

By _____
             Chief Justice

FILED

JUL 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana